## MERRITT *v.* THE STATE.

ATKINSON, J. The evidence, though conflicting, was sufficient to support the verdict. Certain grounds of the motion for new trial, one complaining of a ruling by the judge allowing a witness to testify who had remained in court and heard some of the other witnesses testify after the rule had been invoked for the sequestration of witnesses, and the others complaining of the charge to the jury, were not of such character as to require the grant of a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J.. absent.*

MARCH 19, 1910.

Indictment for rape. Before Judge Roan. Fulton superior court. November 27, 1909.

*Carl N. Guess,* for plaintiff in error.

*John C. Hart, attorney-general, C. D. Hill, solicitor-general,* and *D. K. Johnston,* contra.